**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SOFTVIEW, LLC, <br><br>         Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. ; <br> SAMSUNG ELECTRONICS AMERICA, <br> INC. <br><br>         Defendants. | Case No. 2:25-cv-00246 <br><br> **JURY TRIAL DEMANDED** |

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Pursuant to Local Patent Rule ("P.R.") 4-3, and the Court's April 17, 2023 Scheduling Order (Dkt. No. 36), Plaintiff SoftView, LLC ("SoftView" or "Plaintiff"), and Defendants Samsung Electronics Co., LTD and Samsung Electronics America, Inc. (collectively "Samsung") hereby submit by and through their counsel, this Joint Claim Construction and Prehearing Statement. The parties hereby reserve their rights to supplement, modify and/or amend these proposed constructions or the rebuttal to same.

## I.   AGREED TERMS (P.R. 4-3)(a)(1))

The parties have agreed to the following constructions:

| Proposed Terms | Patent Claims[1] | Agreed Construction |
|---|---|---|
| "A wireless device, comprising" | '353 Patent: **1**, 11, 18, 30, 31, 35 | The preamble is limiting. |
| "A mobile hand-held device, comprising" | '353 Patent: **36**, 37, 38, 50, 53, 55, 69, **87**, 111 | The preamble is limiting. |
| "A mobile device, comprising" | '353 Patent: **70** | The preamble is limiting. |

---

[1] Listed claims also include all claims dependent thereon, even if those dependent claims do not contain the proposed terms.  Independent claims are identified in bold.

| Proposed Terms | Patent Claims[1] | Agreed Construction |
|---|---|---|
| "A machine-readable medium having a plurality of instructions tangibly stored thereon, which when executed enable a device to perform operations comprising" / <br><br> "A machine-readable medium having a plurality of instructions tangibly stored thereon, which when executed enable a wireless device to perform operations comprising" | '353 Patent: **216**, **252**, 253, 254, 264, 269, 282, **285**, 286, 287, 293, 294, 296, 304, 306, 307 | The preamble is limiting. |
| "A hand-held wireless device, comprising" | '353 Patent: **317**, 318, 319 | The preamble is limiting. |
| "A method for enabling a user to perform full page browsing of a Web page on a hand-held wireless device in a manner that replicates browsing the Web page on a desktop Web browser, wherein the Web page comprises HTML-based content and cascading style sheet (CSS) content defining a page layout and design of display content on the Web page, the method comprising" | '628 Patent: **1**, 2–5, 7–14 | The preamble is limiting. |
| "A method performed by a mobile hand-held device including a touch-sensitive display and an HTML rendering engine" | '154 Patent: **13**, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25 | The preamble is limiting. |
| "translating" / <br><br> "translate" | '353 Patent: **1**, 11, 18, 30, 31, 35, **118**, 128, 133, 134, 144, 145, **209**, **216** <br><br> '729 Patent: 5, 17 <br><br> '154 Patent: **13**, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25 | "converting" ('353 Patent: 1, 118, 209, 216; '154 Patent: 13) / <br><br> "convert" ('729 Patent: 5, 17) |
| "scalable content" / <br><br> "scalable page layout information" | '353 Patent: **1**, 11, 18, 30, 31, 35, **36**, 37, 38, 50, 53, 55, 69, **70**, **118**, 128, 133, 134, 144, 145, | "content capable of being rendered at multiple zoom levels" ('353 Patent: **1**, 11, 18, 30, 31, 35, **36**, 37, 38, 50, 53, 55, 69, **70**, **118**, 128, 133, 134, 144, 145, **149**, 150, 151, 161, 168, 171, 182, **209**, **216**, |

| Proposed Terms | Patent Claims[1] | Agreed Construction |
|---|---|---|
| | **149**, 150, 151, 161, 168, 171, 182, **209**, **216**, **252**, 253, 254, 264, 269, 282<br><br>'889 Patent: **1**, 2, 3, 5, 13–20, 22, 23, 33–40 | **252**, 253, 254, 264, 269, 282) /<br><br>"page layout information capable of being rendered at multiple zoom levels" ('889 Patent: **1**, 2, 3, 5, 13–20, 22, 23, 33–40) |
| "scalable" /<br><br>"scaling" /<br><br>"scaled" /<br><br>"scale"[2] | '353 Patent: **1**, 11, 18, 30, 31, 35, **36**, 37, 38, 50, 53, 55, 69, **70**, **118**, 128, 133, 134, 144, 145, **149**, 150, 151, 161, 168, 171, 182, **209**, **216**, **252**, 253, 254, 264, 269, 282<br><br>'889 Patent: **1**, 2, 3, 5, 13–20, 22, 23, 33–40, **108**, 109, 114, 115<br><br>'628 Patent: **1**, 2–5, 7–14<br><br>'729 Patent: **1**, 2–5, 7–10, 13, **14**, 15–18, 21, 22<br><br>'154 Patent: **13**, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25 | "capable of being rendered at multiple zoom levels" ('353 Patent: 1, 36, 70, 118, 149, 209, 216, 252; '889 Patent: 1, 22, 23, 34, 35; '729 Patent: 1, 5, 14, 17; '154 Patent: 13, 19) /<br><br>"rendering at multiple zoom levels" ('353 Patent: 1, 118, 209, 216; '889 Patent: 35, 39; '628 Patent: 1, 2) /<br><br>"rendered at multiple zoom levels" ('353 Patent: 1, 118, 209, 216; '889 Patent: 39, 108; '628 Patent: 1, 5, 11) /<br><br>"render at multiple zoom levels" ('154 Patent: 21, 23) |
| "bounding box" | '889 Patent: 39, 109<br><br>'628 Patent: **1**, 2–5, 7–14<br><br>'154 Patent: **13**, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25 | "an outlined shape within which an object's content (*e.g.*, text or graphic image) will appear" |
| "object datum" | '889 Patent: 5<br><br>'729 Patent: 21 | "reference point for an object used in a predictable manner" |

---

[2] The term "scale" is only intended to encompass the term when used as a verb, such as in claims 21 and 23 of the '154 Patent.

| Proposed Terms | Patent Claims[1] | Agreed Construction |
| --- | --- | --- |
| | '154 Patent: **13**, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25 | |
| "primary datum" | '729 Patent: 21<br><br>'154 Patent: **13**, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25 | "a fixed origin point defined at an X, Y coordinate" |
| "Web a e content" | '353 Patent: 69, **87**, 111, 128, 133 | "Web page content" |

## II.   DISPUTED TERMS (P.R. 4-3(a)(2))

Attached hereto as Exhibit A is a joint chart setting forth the constructions proposed by each side for each disputed claim term, phrase, or clause.

Attached hereto as Exhibits B and C are the parties' respective charts setting forth an identification of all references from the specification or prosecution history that support that position, and an identification of any extrinsic evidence known to the party on which it intends to rely either to support its position or to oppose any other party's position, including, but not limited to, as permitted by law, dictionary definitions, citations to learned treatises and prior art, and testimony of percipient and expert witnesses.

The parties hereby reserve their right to rely upon all evidence cited or referenced in the opposing side's chart and exhibit relating to disputed terms.

## III.   LENGTH OF TIME NECESSARY FOR CLAIM CONSTRUCTION HEARING (P.R. 4-3(a)(3))

### A.  SoftView's Position

At this time, SoftView anticipates a combined total of about three hours for presentation at the Claim Construction Hearing, with each side having equal time.

4

### B. Samsung's Position

Samsung's position is that no claim construction hearing is needed, given the prior claim construction proceedings in *SoftView LLC v. Apple Inc.*, No. 10-cv-00389, Dkts. 1103, 1104 (D. Del. Sept. 4, 2013).

## IV.  WITNESSES AT THE CLAIM CONSTRUCTION HEARING (P.R. 4-3(a)(4))

At this time, the parties do not propose to call any witnesses at the Claim Construction Hearing.

## V.  ADDITIONAL ISSUES (P.R. 4-3(a)(5))

At this time, the parties have not identified other issues that might be appropriately addressed at a prehearing conference prior to the Claim Construction Hearing.

DATED: March 4, 2026

/s/ Bradley W. Caldwell
Bradley W. Caldwell
Texas Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas Bar No. 24045625
Email: jcassady@caldwellcc.com
Justin T. Nemunaitis
Texas Bar No. 24065815
Email: jnemunaitis@caldwellcc.com
Andrew Langford
Texas Bar No. 24087886
Email: alangford@caldwellcc.com
Aisha M. Haley
Texas Bar No. 24139895
Email: ahaley@caldwellcc.com
James F. Smith
Texas Bar No. 24129800
Email: jsmith@caldwellcc.com
Alexander J. Gras
Texas Bar No. 24125252
Email: agras@caldwellcc.com
**CALDWELL CASSADY & CURRY P.C.**

/s/ Brian Bieluch
Melissa R. Smith
Texas State Bar No. 07921800
**GILLAM & SMITH, LLP**
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Richard L. Rainey (D.C. Bar No. 452996)
Kevin B. Collins (D.C. Bar No. 445305)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5565
Email: rrainey@cov.com

Brian Bieluch (CA Bar No. 331167)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars,

2121 N Pearl Street, Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile:  (214) 888-4849

Andrea L. Fair
Texas Bar No. 24078488
Email: andrea@millerfairhenry.com
**MILLER FAIR HENRY, , PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile:  (903) 757-2323

**ATTORNEYS FOR PLAINTIFF
SOFTVIEW, LLC**

Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749

Patrick N. Flynn (CA Bar No. 286108)
**COVINGTON & BURLING LLP**
5000 El Camino Real
5 Palo Alto Square
Palo Alto, California 94306
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: plfynn@cov.com

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd.*
*and Samsung Electronics America, Inc.*

6

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2026, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

/s/ *Justin Nemunaitis*
Justin T. Nemunaitis