*Exhibit A*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

SOFTVIEW LLC,

              Plaintiff,

     v.

SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA,
INC.,

              Defendants.

CASE NO. 2:25-CV-00246-JRG

**JURY TRIAL DEMANDED**

## EXHIBIT A - IDENTIFICATION OF CLAIM CONSTRUCTION PROPOSALS

| Proposed Terms | Patent Claims[1] | SoftView Proposed Construction | Samsung Proposed Construction |
|---|---|---|---|
| "A machine-readable medium" | '353 Patent: **216**, **252**, 253, 254, 264, 269, 282, **285**, 286, 287, 293, 294, 296, 304, 306, 307 | No construction necessary. This term should not be construed separately from the broader claim language, which excludes carrier waves | A medium for storing electronic instructions, such as a floppy disk, optical disk, CD-ROM, magneto-optical disk, ROM, RAM, EPROM, EEPROM, magnetic or optical card, flash memory, or carrier wave |
| "processing means" | '353 Patent: **1**, 11, 18, 30, 31, 35, **70** | § 112 ⁋ 6 does not apply.<br><br>If § 112 ⁋ 6 does apply, Function: "processing"<br><br>Corresponding structure: a processor, microcontroller, or logic circuitry | Subject to § 112, ¶ 6.<br><br>Function: "processing"<br><br>Corresponding structure: a processor, microcontroller, or logic circuitry |
| "wireless communications means to facilitate wireless | '353 Patent: **1**, 11, 18, 30, 31, 35, **70** | § 112 ⁋ 6 does not apply.<br><br>If § 112 ⁋ 6 does apply, | Subject to § 112, ¶ 6.<br><br>Function: "facilitate wireless |

---

[1] Listed claims also include all claims dependent thereon, even if those dependent claims do not contain the proposed terms.  Independent claims are identified in bold.

| Proposed Terms | Patent Claims[1] | SoftView Proposed Construction | Samsung Proposed Construction |
|---|---|---|---|
| communication with a network that supports access to the Internet" | | Function: "facilitate wireless communication with a network that supports access to the Internet"<br><br>Corresponding structure: an antenna and wireless communications interface | communication with a network that supports access to the Internet"<br><br>Corresponding structure: an antenna |
| "storage means" | '353 Patent: **1**, 11, 18, 30, 31, 35, **70** | § 112 ₱ 6 does not apply.<br><br>If § 112 ₱ 6 does apply, Function: storing a plurality of instructions<br>Structure: dynamic or static storage device | Subject to § 112, ¶ 6.<br><br>Function: "storing a plurality of instructions."<br><br>Corresponding structure: "a floppy disk, optical disk, CD-ROM, magneto-optical disk, ROM, RAM, EPROM, EEPROM, magnetic or optical card, flash memory, or carrier wave" |
| "original" | '353 Patent: **1**, 11, 18, 30, 31, 35, **36**, 37, 38, 50, 53, 55, 69, **70**, **87**, 111, **118**, 128, 133, 134, 144, 145, **149**, 150, 151, 161, 168, 171, 182, **185**, 186, 187, 189, 193, 194, 196, 204, 206, 207, **209**, **216**, **252**, 253, 254, 264, 269, 282, **285**, 286, 287, 293, 294, 296, 304, 306, 307, 318, 319<br><br>'889 Patent: **1**, 2, 3, 5, 13–20, 22, 23, 33–40, **108**, 109, 114, 115 | No construction necessary | The term "original" means "as designed for a desktop computer." |

2

| Proposed Terms | Patent Claims[1] | SoftView Proposed Construction | Samsung Proposed Construction |
|---|---|---|---|
| | '729 Patent: **1**, 2–5, 7–10, 13, **14**, 15–18, 21, 22 | | |
| "enabling a user to zoom on [a column / a paragraph / an image] [of the Web page / of the Web content]" / <br><br> "to enable the Web page to be browsed at various zoom levels and panned views" / <br><br> "enabling the user to, zoom and pan a view of the Web page" / <br><br> "enabling the user to perform full page browsing of the Web page at multiple zoom levels" / <br><br> "enabling the user to perform zooming operations" | '353 Patent: 11, 18, **87**, 111, 128, 133, 134, **185**, 186, 187, 189, 193, 194, 196, 204, 206, 207, **285**, 286, 287, 293, 294, 296, 304, 306, 307, **317**, 318, 319 <br><br> '628 Patent: **1**, 2–5, 7–14 | No construction necessary | "enabling a user to use scalable content to zoom on [a column / a paragraph / an image] [of the Web page / of the Web content]" ('353 Patent: 11, 18, 128, 133, 186, 193, 286, 293) / <br><br> "enable the Web page to use scalable content to be browsed at various zoom levels and panned views" ('353 Patent: 87, 185, 285) / <br><br> "enabling the user to use scalable content to zoom and move around the web page" ('353 Patent: 317) / <br><br> "enabling the user to use scaled Web page content to perform full page browsing of the Web page at multiple zoom levels" ('628 Patent: 1) / <br><br> "enabling the user to use scaled Web page content to perform zooming operations" ('628 Patent: 4) |
| "processing HTML-based Web content to produce scalable content" / <br><br> "processing at least a portion of the HTML-based Web content to produce scalable content" / <br><br> "processing … the markup language-based Web content … to | '353 Patent: **36**, 37, 38, 50, 53, 55, 69, **70**, **149**, 150, 151, 161, 168, 171, 182, **252**, 253, 254, 264, 269, 282 <br><br> '889 Patent: **1**, 2, 3, 5, 13–20, 22, 23, 33–40, **108**, 109, 114, 115 <br><br> '729 Patent: **1**, 2– | No construction necessary | "converting Web content from [HTML / markup language] to [scalable content / page layout information / a scalable vector representation of the Web page]" ('353 Patent: 36, 149, 252; '889 Patent: 1, 108; '729 Patent: 1, 14) / <br><br> "converting at least a portion of the Web content from HTML to scalable content" ('353 Patent: 70) / |

3

| Proposed Terms | Patent Claims[1] | SoftView Proposed Construction | Samsung Proposed Construction |
|---|---|---|---|
| generate page layout information" / <br><br>"processing the HTML-based Web content … to generate page layout information" / <br><br>"processing … the HTML-based Web content … to generate a scalable vector representation of the Web page" / <br><br>"processing the HTML-based Web content … to generate a scalable vector representation of the Web page" / <br><br>"processing [HTML-based Web content / HTML-based Web content and the CSS content] associated with the hyperlink to translate the [HTML-based Web content / HTML-based Web content and the CSS content associated with the hyperlink] into an additional scalable vector representation" | 5, 7–10, 13, **14**, 15–18, 21, 22 | | "converting Web content associated with the hyperlink from [HTML / HTML and CSS] to an additional scalable vector representation" ('729 Patent: 5, 17) |
| "scalable vector-based page layout information" / <br><br>"scalable vector representation" | '889 Patent: 34, 35, 36 <br><br>'729 Patent: **1**, 2–5, 7–10, 13, **14**, 15–18, 21, 22 <br><br>'154 Patent: **13**, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25 | No construction necessary | "page layout information that (1) is capable of being rendered at multiple zoom levels and (2) includes one or more vectors" ('889 Patent: 34, 35, 36) / <br><br>"representation of the [Web page / HTML document] that (1) is capable of being rendered at multiple zoom levels and (2) |

4

| Proposed Terms | Patent Claims[1] | SoftView Proposed Construction | Samsung Proposed Construction |
|---|---|---|---|
| | | | includes one or more vectors" ('729 Patent: 1, 5, 14, 17; '154 Patent: 13,19) |
| "object(s)" | '889 Patent: 5, 23, 35, 36<br><br>'729 Patent: 21<br><br>'154 Patent: **13**, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25 | No construction necessary | "a grouping of webpage content, such as the paragraph of text or a graphic image" |
| "commercially available desktop browser" | '729 Patent: **1**, 2–5, 7–10, 13, **14**, 15–18, 21, 22 | No construction necessary | "a desktop browser that was commercially available as of the earliest effective filing date of the '729 patent" |
| "format" | '353 Patent: **1**, 11, 18, 30, 31, 35, **118**, 128, 133, 134, 144, 145, **209**, **216**<br><br>'889 Patent: **1**, 2, 3, 5, 13–20, 22, 23, 33–40, **108**, 109, 114, 115 | No construction necessary, or in the alternative, "a particular way that information is stored" | "a particular way that information is encoded" |
| "vector" | '889 Patent: 34, 35, 36<br><br>'628 Patent: 2<br><br>'729 Patent: **1**, 2–5, 7–10, 13, **14**, 15–18, 21, 22<br><br>'154 Patent: **13**, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25 | No construction necessary, or in the alternative, "a point in a coordinate system relative to another point" | "for each object, a directional data structure that stores X & Y values from a point for the page or frame to the object" |

6

| Proposed Terms | Patent Claims[1] | SoftView Proposed Construction | Samsung Proposed Construction |
|---|---|---|---|
| "layout location datum" | '729 Patent: 21<br><br>'154 Patent: **13**, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25 | No construction necessary, or in the alternative, "one or more points corresponding to the location of the object" | "point defined at an X, Y coordinate that corresponds to the location of the object" |