**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |
|---|---|
| SOFTVIEW, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.<br>AND SAMSUNG ELECTRONICS<br>AMERICA, INC.,<br><br>   Defendants. | Case No.: 2:25-cv-00246-JRG<br><br>**JURY TRIAL DEMANDED** |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to Local Patent Rule 4-5(d) and the Court's Fifth Amended Docket Control Order (Dkt. No. 60), Plaintiff SoftView, LLC ("Plaintiff") and Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. ("Defendants") (collectively, "the Parties"), jointly provide the following claim construction chart attached as Exhibit A.

DATED: May 13, 2026

/s/ Justin T. Nemunaitis
Bradley W. Caldwell
Texas Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas Bar No. 24045625
Email: jcassady@caldwellcc.com
Justin T. Nemunaitis
Texas Bar No. 24065815
Email: jnemunaitis@caldwellcc.com
Andrew Langford
Texas Bar No. 24087886
Email: alangford@caldwellcc.com
Aisha M. Haley
Texas Bar No. 24139895
Email: ahaley@caldwellcc.com
James F. Smith
Texas Bar No. 24129800
Email: jsmith@caldwellcc.com
Alexander J. Gras
Texas Bar No. 24125252
Email: agras@caldwellcc.com
**CALDWELL CASSADY & CURRY P.C.**
2121 N Pearl Street, Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile:  (214) 888-4849

Andrea L. Fair
Texas Bar No. 24078488
Email: andrea@millerfairhenry.com
**MILLER FAIR HENRY, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile:  (903) 757-2323

**ATTORNEYS FOR PLAINTIFF
SOFTVIEW, LLC**

/s/ Peter A. Swanson
Melissa R. Smith
Texas State Bar No. 07921800
**GILLAM & SMITH, LLP**
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Richard L. Rainey (D.C. Bar No. 452996)
Kevin B. Collins (D.C. Bar No. 445305)
Peter A. Swanson (D.C. Bar No. 497348)
Daniel Farnoly (D.C. Bar No. 1655818)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5565
Email: rrainey@cov.com

Brian Bieluch (CA Bar No. 331167)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars,
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749

Patrick N. Flynn (CA Bar No. 286108)
**COVINGTON & BURLING LLP**
5000 El Camino Real
5 Palo Alto Square
Palo Alto, California 94306
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: plfynn@cov.com

Robert W. Unikel
robertunikel@paulhastings.com
**PAUL HASTINGS LLP**
71 S. Wacker Drive, Forty-Fifth Floor
Chicago, IL 60606
Telephone: 312-499-6000

Facsimile: 312-499-6100

Robert R. Laurenzi
robertlaurenzi@paulhastings.com
**PAUL HASTINGS LLP**
200 Park Avenue
New York, NY 10166
Telephone: 212-318-6000
Facsimile: 212-319-4090

Andrea Pallios Roberts
andrearoberts@paulhastings.com
**PAUL HASTINGS LLP**
1117 S. California Avenue
Palo Alto, CA.94304
Telephone: 650-320-1800
Facsimile: 650-320-1900

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd.*
*and Samsung Electronics America, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 13, 2026, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

/s/ *Justin T. Nemunaitis*
Justin T. Nemunaitis