# *Exhibit A*

| # | Term | Patent Claims[1] | SoftView's Proposal | Samsung's Proposal | Court's Construction |
|---|------|------------------|---------------------|--------------------|----------------------|
| 1 | "A wireless device, comprising" | '353 Patent: **1**, 11, 18, 30, 31, 35 | AGREED | AGREED | The preamble is limiting. |
| 2 | "A mobile hand-held device, comprising" | '353 Patent: **36**, 37, 38, 50, 53, 55, 69, **87**, 111 | AGREED | AGREED | The preamble is limiting. |
| 3 | "A mobile device, comprising" | '353 Patent: **70** | AGREED | AGREED | The preamble is limiting. |
| 4 | "A machine-readable medium having a plurality of instructions tangibly stored thereon, which when executed enable a device to perform | '353 Patent: **216**, **252**, 253, 254, 264, 269, 282, **285**, 286, 287, 293, 294, 296, 304, 306, 307 | AGREED | AGREED | The preamble is limiting. |

[1] Listed claims also include all claims dependent thereon, even if those dependent claims do not contain the proposed terms. Independent claims are identified in bold.

For terms where the parties have not agreed to a construction, and due to the number of claims at issue, this chart includes the complete language of a single exemplary claim.

1

| # | Term | Patent Claims[1] | SoftView's Proposal | Samsung's Proposal | Court's Construction |
|---|------|------------------|---------------------|--------------------|--------------------|
|   | operations comprising" /<br><br>"A machine-readable medium having a plurality of instructions tangibly stored thereon, which when executed enable a wireless device to perform operations comprising" | | | | |
| 5 | "A hand-held wireless device, comprising" | '353 Patent: **317**, 318, 319 | AGREED | AGREED | The preamble is limiting. |
| 6 | "A method for enabling a user to perform full page browsing of a Web page on a hand-held wireless device in a manner that replicates | '628 Patent: **1**, 2–5, 7–14 | AGREED | AGREED | The preamble is limiting. |

| # | Term | Patent Claims[1] | SoftView's Proposal | Samsung's Proposal | Court's Construction |
|---|------|------------------|---------------------|--------------------|----------------------|
| | browsing the Web page on a desktop Web browser, wherein the Web page comprises HTML-based content and cascading style sheet (CSS) content defining a page layout and design of display content on the Web page, the method comprising" | | | | |
| 7 | "A method performed by a mobile hand-held device including a touch-sensitive display and an HTML | '154 Patent: **13**, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25 | AGREED | AGREED | The preamble is limiting. |

3

| # | Term | Patent Claims[1] | SoftView's Proposal | Samsung's Proposal | Court's Construction |
|---|------|------------------|---------------------|--------------------|----------------------|
| | rendering engine" | | | | |
| 8 | "translating" / "translate" | '353 Patent: **1**, 11, 18, 30, 31, 35, **118**, 128, 133, 134, 144, 145, **209**, **216** <br><br> '729 Patent: 5, 17 <br><br> '154 Patent: **13**, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25 | AGREED | AGREED | "converting" ('353 Patent: 1, 118, 209, 216; '154 Patent: 13) / "convert" ('729 Patent: 5, 17) |
| 9 | "scalable content" / "scalable page layout information" | '353 Patent: **1**, 11, 18, 30, 31, 35, **36**, 37, 38, 50, 53, 55, 69, **70**, **118**, 128, 133, 134, 145, **149**, 150, 151, 161, 168, 171, 182, **209**, **216**, **252**, 253, 254, 264, 269, 282 <br><br> '889 Patent: **1**, 2, 3, 5, 13–20, 22, 23, 33–40 | AGREED | AGREED | "content capable of being rendered at multiple zoom levels" ('353 Patent: **1**, 11, 18, 30, 31, 35, **36**, 37, 38, 50, 53, 55, 69, **70**, **118**, 128, 133, 134, 144, 145, **149**, 150, 151, 161, 168, 171, 182, **209**, **216**, **252**, 253, 254, 264, 269, 282) / "page layout information capable |

4

| # | Term | Patent Claims[1] | SoftView's Proposal | Samsung's Proposal | Court's Construction |
|---|------|------------------|---------------------|--------------------|-----------------------|
| | | | | | of being rendered at multiple zoom levels" ('889 Patent: **1**, 2, 3, 5, 13–20, 22, 23, 33–40) |
| 10 | "scalable" / "scaling" / "scaled" / "scale"[2] | '353 Patent: **1**, 11, 18, 30, 31, 35, **36**, 37, 38, 50, 53, 55, 69, **70**, **118**, 128, 133, 134, 144, 145, **149**, 150, 151, 161, 168, 171, 182, **209**, **216**, **252**, 253, 254, 264, 269, 282<br><br>'889 Patent: **1**, 2, 3, 5, 13–20, 22, 23, 33–40, **108**, 109, 114, 115<br><br>'628 Patent: **1**, 2–5, 7–14<br><br>'729 Patent: **1**, 2–5, 7–10, 13, **14**, 15–18, 21, 22<br><br>'154 Patent: **13**, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25 | AGREED | AGREED | "capable of being rendered at multiple zoom levels" ('353 Patent: 1, 36, 70, 118, 149, 209, 216, 252; '889 Patent: 1, 22, 23, 34, 35; '729 Patent: 1, 5, 14, 17; '154 Patent: 13, 19) /<br><br>"rendering at multiple zoom levels" ('353 Patent: 1, 118, 209, 216; '889 Patent: 35, 39; '628 Patent: 1, 2) /<br><br>"rendered at multiple zoom levels" ('353 Patent: 1, 118, 209, 216; '889 Patent: 39, |

---

[2] The term "scale" is only intended to encompass the term when used as a verb, such as in claims 21 and 23 of the '154 Patent.

| # | Term | Patent Claims[1] | SoftView's Proposal | Samsung's Proposal | Court's Construction |
|---|------|------------------|---------------------|--------------------|---------------------|
| | | | | | 108; '628 Patent: 1, 5, 11) / <br><br> "render at multiple zoom levels" ('154 Patent: 21, 23) |
| 11 | "scalable vector-based page layout information" / <br><br> "scalable vector representation" | '889 Patent: 34, 35, 36 <br><br> '729 Patent: **1**, 2– 5, 7–10, 13, **14**, 15–18, 21, 22 <br><br> '154 Patent: **13**, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25 | AGREED | AGREED | "page layout information that (1) is capable of being rendered at multiple zoom levels and (2) includes one or more vectors" ('889 Patent: 34, 35, 36) / <br><br> "representation of the [Web page / HTML document] that (1) is capable of being rendered at multiple zoom levels and (2) includes one or more vectors" ('729 Patent: 1, 5, 14, 17; '154 Patent: 13,19) |
| 12 | "bounding box" | '889 Patent: 39, 109 <br><br> '628 Patent: 1, 2–5, 7–14 | AGREED | AGREED | "an outlined shape within which an object's content (*e.g.*, |

6

| # | Term | Patent Claims[1] | SoftView's Proposal | Samsung's Proposal | Court's Construction |
|---|------|------------------|---------------------|--------------------|----------------------|
| | | '154 Patent: **13**, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25 | | | text or graphic image) will appear" |
| 13 | "object datum" | '889 Patent: 5<br><br>'729 Patent: 21<br><br>'154 Patent: **13**, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25 | AGREED | AGREED | "reference point for an object used in a predictable manner" |
| 14 | "primary datum" | '729 Patent: 21<br><br>'154 Patent: **13**, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25 | AGREED | AGREED | "a fixed origin point defined at an X, Y coordinate" |
| 15 | "layout location datum" | '729 Patent: 21<br><br>'154 Patent: **13**, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25 | AGREED | AGREED | "point defined at an X, Y coordinate that corresponds to the location of the object" |
| 16 | "Web a e content" | '353 Patent: 69, **87**, 111, 128, 133 | AGREED | AGREED | "Web page content" |

7

| # | Term | Patent Claims[1] | SoftView's Proposal | Samsung's Proposal | Court's Construction |
|---|------|------------------|---------------------|--------------------|----------------------|
| 17 | "processing means" | '353 Patent: **1**, 11, 18, 30, 31, 35, **70** | AGREED | AGREED | Subject to § 112, ¶ 6.<br><br>Function: "processing"<br><br>Corresponding structure: a processor, microcontroller, or logic circuitry |
| 18 | "wireless communications means to facilitate wireless communication with a network that supports access to the Internet" | '353 Patent: **1**, 11, 18, 30, 31, 35, **70** | AGREED | AGREED | Subject to § 112, ¶ 6.<br><br>Function: "facilitate wireless communication with a network that supports access to the Internet"<br><br>Corresponding structure: an antenna |
| 19 | "format" | '353 Patent: **1**, 11, 18, 30, 31, 35, **118**, 128, 133, 134, 144, 145, **209, 216**<br><br>'889 Patent: **1**, 2, 3, 5, 13–20, 22, 23, 33–40, **108**, 109, 114, 115 | AGREED | AGREED | "a particular way that information is encoded" |

| # | Term | Patent Claims[1] | SoftView's Proposal | Samsung's Proposal | Court's Construction |
|---|---|---|---|---|---|
| 20 | "A machine-readable medium" | '353 Patent: **216**, **252**, 253, 254, 264, 269, 282, **285**, 286, 287, 293, 294, 296, 304, 306, 307<br><br>Exemplary claim language:<br><br>216. **A machine-readable medium** having a plurality of instructions tangibly stored thereon, which when executed enable a device to perform operations comprising:<br>rendering a browser interface via which a user is enabled to request access to a Web page hosted by an Internet Web site, the Web page comprising HTML-based Web content having an original format defining an original width and height of the Web page and an original page layout, functionality, and design of content on the Web page;<br>retrieving the Web page via the wireless communication | No construction necessary. This term should not be construed separately from the broader claim language, which excludes carrier waves. | A medium for storing electronic instructions, such as a floppy disk, optical disk, CD-ROM, magneto-optical disk, ROM, RAM, EPROM, EEPROM, magnetic or optical card, flash memory, or carrier wave. | |

| # | Term | Patent Claims[1] | SoftView's Proposal | Samsung's Proposal | Court's Construction |
|---|------|------------------|---------------------|--------------------|--------------------|
| | | means, and translating at least a portion of the HTML-based Web content from its original format into scalable content that supports a scalable resolution-independent representation of the Web page that preserves the original page layout, functionality and design of the content defined by its original format when scaled and rendered; and scaling the scalable content to render the Web page on the display such that a width of the Web page is rendered to fit across the display. | | | |
| 21 | "storage means" | '353 Patent: **1**, 11, 18, 30, 31, 35, **70**<br><br>Exemplary claim language:<br><br>"1. A wireless device, comprising:<br><br>processing means;<br><br>wireless communications means, to facilitate wireless | Subject to § 112, ¶ 6.<br><br>Function: "storing a plurality of instructions."<br><br>Corresponding structure: "a floppy disk, optical disk, CDROM, magneto-optical disk, ROM, RAM, EPROM, | Subject to § 112, ¶ 6.<br><br>Function: "storing a plurality of instructions."<br><br>Corresponding structure: "a floppy disk, optical disk, CDROM, magneto-optical disk, ROM, RAM, EPROM, | |

| # | Term | Patent Claims[1] | SoftView's Proposal | Samsung's Proposal | Court's Construction |
|---|------|------------------|---------------------|--------------------|----------------------|
| | | communication with a network that supports access to the Internet;<br><br>a display;<br><br>memory; and<br><br>**storage means**, in which a plurality of instructions are stored that when executed by the processing means enable the wireless device to perform operations including,<br><br>rendering a browser interface via which a user is enabled to request access to an original Web page, the Web page comprising HTML-based Web content having an original format defining an original width and height of the Web page and an original page layout, functionality, and design of content on the Web page;<br><br>in response to a user request to access the Web page, | EEPROM, magnetic or optical card, flash memory" | EEPROM, magnetic or optical card, flash memory, or carrier wave" | |

| # | Term | Patent Claims[1] | SoftView's Proposal | Samsung's Proposal | Court's Construction |
|---|------|------------------|---------------------|--------------------| ---------------------|
| | | retrieving the Web page via the wireless communication means, and translating at least a portion of the HTML-based Web content from its original format into scalable content that supports a scalable resolution-independent representation of the Web page that preserves the original page layout, functionality and design of the content defined by its original format when scaled and rendered; and<br><br>scaling the scalable content to render the Web page on the display such that a width of the Web page is rendered to fit across the display." | | | |
| 22 | "original" | '353 Patent: **1**, 11, 18, 30, 31, 35, **36**, 37, 38, 50, 53, 55, 69, **70**, **87**, 111, **118**, 128, 133, 134, 144, 145, **149**, 150, 151, 161, 168, 171, 182, **185**, 186, 187, 189, 193, 194, 196, 204, 206, 207, **209**, **216**, **252**, 253, | No construction necessary. | The term "original" means "as designed for a desktop computer." | |

| # | Term | Patent Claims[1] | SoftView's Proposal | Samsung's Proposal | Court's Construction |
|---|------|------------------|---------------------|--------------------|----------------------|
| | | 254, 264, 269, 282, **285**, 286, 287, 293, 294, 296, 304, 306, 307, 318, 319 | | | |
| | | '889 Patent: **1**, 2, 3, 5, 13–20, 22, 23, 33–40, **108**, 109, 114, 115 | | | |
| | | '729 Patent: **1**, 2– 5, 7–10, 13, **14**, 15–18, 21, 22 | | | |
| | | Exemplary claim language: | | | |
| | | "1. A wireless device, comprising: | | | |
| | | processing means; | | | |
| | | wireless communications means, to facilitate wireless communication with a network that supports access to the Internet; | | | |
| | | a display; | | | |
| | | memory; and | | | |
| | | storage means, in which a plurality of instructions are stored that when executed by the processing means enable | | | |

13

| # | Term | Patent Claims[1] | SoftView's Proposal | Samsung's Proposal | Court's Construction |
|---|------|------------------|---------------------|--------------------|----------------------|
| | | the wireless device to perform operations including, rendering a browser interface via which a user is enabled to request access to an **original** Web page, the Web page comprising HTML-based Web content having an **original** format defining an **original** width and height of the Web page and an original page layout, functionality, and design of content on the Web page; in response to a user request to access the Web page, retrieving the Web page via the wireless communication means, and translating at least a portion of the HTML-based Web content from its original format into scalable content that supports a scalable resolution-independent representation of the Web page that preserves the **original** page layout, | | | |

| # | Term | Patent Claims[1] | SoftView's Proposal | Samsung's Proposal | Court's Construction |
|---|---|---|---|---|---|
| | | functionality and design of the content defined by its **original** format when scaled and rendered; and<br><br>scaling the scalable content to render the Web page on the display such that a width of the Web page is rendered to fit across the display." | | | |
| 23 | "enabling a user to zoom on [a column / a paragraph / an image] [of the Web page / of the Web content]" /<br><br>"to enable the Web page to be browsed at various zoom levels and panned views"<br><br>"enabling the user to, zoom and pan a view | '353 Patent: 11, 18, **87**, 111, 128, 133, 134, **185**, 186, 187, 189, 193, 194, 196, 204, 206, 207, **285**, 286, 287, 293, 294, 296, 304, 306, 307, **317**, 318, 319<br><br>'628 Patent: **1**, 2–5, 7–14 | AGREED | AGREED | "enabling a user to use [the] scalable content to zoom on [a column / a paragraph / an image] [of the Web page / of the Web content]" ('353 Patent: 11, 18, 128, 133, 186, 193, 286, 293)<br><br>"enable the Web page to be browsed at various zoom levels and panned views by using scalable content" ('353 Patent: 87, 185, 285) |

| # | Term | Patent Claims[1] | SoftView's Proposal | Samsung's Proposal | Court's Construction |
|---|------|------------------|---------------------|--------------------|---------------------|
| | of the Web page" / <br><br> "enabling the user to perform full page browsing of the Web page at multiple zoom levels" / <br><br> "enabling the user to perform zooming operations" | | | | "enabling the user to use scalable content to zoom and move around the web page" ('353 Patent: 317) <br><br> "enabling the user to use the scaled Web page content to perform full page browsing of the Web page at multiple zoom levels" ('628 Patent: 1) <br><br> "enabling the user to use the scaled Web page content to perform zooming operations" ('628 Patent: 4) |
| 24 | "processing HTML-based Web content to produce | '353 Patent: **36**, 37, 38, 50, 53, 55, 69, **70**, **149**, 150, 151, 161, 168, 171, 182, **252**, 253, 254, 264, 269, 282 | No construction necessary | "converting Web content from [HTML / markup language] to [scalable content / page layout information / a scalable vector | |

| # | Term | Patent Claims[1] | SoftView's Proposal | Samsung's Proposal | Court's Construction |
|---|------|------------------|---------------------|--------------------|----------------------|
| | scalable content" / <br><br> "processing at least a portion of the HTML-based Web content to produce scalable content" / <br><br> "processing … the markup language-based Web content … to generate page layout information" / <br><br> "processing the HTML-based Web content … to generate page layout information" / <br><br> "processing … the HTML-based Web | '889 Patent: **1**, 2, 3, 5, 13–20, 22, 23, 33–40, **108**, 109, 114, 115 <br><br> '729 Patent: **1,** 2–5, 7–10, 13, **14,** 15–18, 21, 22 <br><br> Exemplary claim language: <br><br> "A mobile device, comprising: <br><br> processing means; <br><br> wireless communications means, to facilitate wireless communication with a network that supports access to the Internet; <br><br> a display, to facilitate user input and display rendered content; and <br><br> storage means, in which a plurality of instructions are stored, <br><br> wherein, upon execution of the instructions by the processing means, the mobile | | representation of the Web page]" ('353 Patent: 36, 149, 252; '889 Patent: 1, 108; '729 Patent: 1, 14) / <br><br> "converting at least a portion of the Web content from HTML to scalable content" ('353 Patent: 70) / <br><br> "converting Web content associated with the hyperlink from [HTML / HTML and CSS] to an additional scalable vector representation" ('729 Patent: 5, 17) | |

| # | Term | Patent Claims[1] | SoftView's Proposal | Samsung's Proposal | Court's Construction |
|---|---|---|---|---|---|
| | content … to generate a scalable vector representation of the Web page" /<br><br>"processing the HTML-based Web content … to generate a scalable vector representation of the Web page" /<br><br>"processing [HTML-based Web content /HTML-based Web content and the CSS content] associated with the hyperlink to translate the [HTML-based Web content /HTML-based | device is enabled to perform operations, including,<br><br>rendering a browser interface via which a user is enabled to request access to a Web page comprising HTML-based Web content defining an original page layout, functionality, and design of content on the Web page;<br><br>retrieving the Web page via the wireless communications means, and **processing at least a portion of the HTML-based Web content to produce scalable content**; and<br><br>employing at least one of the scalable content or data derived therefrom to,<br><br>render the Web page on the display; and<br><br>re-render the display in response to associated user inputs made via the display to enable the Web page to be | | | |

| # | Term | Patent Claims[1] | SoftView's Proposal | Samsung's Proposal | Court's Construction |
|---|---|---|---|---|---|
| | Web content and the CSS content associated with the hyperlink] into an additional scalable vector representation" | browsed at various zoom levels and panned views while preserving the original page layout, functionality, and design of the Web page content at each zoom level and panned view of the Web page." | | | |
| 25 | "object(s)" | '889 Patent: 5, 23, 35, 36<br><br>'729 Patent: 21<br><br>'154 Patent: **13**, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25 | AGREED | AGREED | "a grouping of webpage content, such as a paragraph of text or a graphic image" |
| 26 | "commercially available desktop browser" | '729 Patent: **1**, 2–5, 7–10, 13, **14**, 15–18, 21, 22<br><br>Exemplary claim language:<br><br>"A method, comprising:<br><br>requesting through a mobile device having a touch-sensitive display a Web page comprising HTML-based Web content including HTML code for at least | No construction necessary | "a desktop browser that was commercially available as of the earliest effective filing date of the '729 patent" | |

19

| # | Term | Patent Claims[1] | SoftView's Proposal | Samsung's Proposal | Court's Construction |
|---|------|------------------|---------------------|--------------------|----------------------|
| | | multiple columns and Cascading Style Sheets (CSS) content; retrieving and processing the HTML-based Web content including the HTML code for the at least multiple columns and the CSS content at the mobile device to generate a scalable vector representation of the Web page; rendering the Web page on the touch-sensitive display utilizing the scalable vector representation to produce a first view of the Web page at a first zoom level that preserves the original page layout, functionality and design defined by the HTML-based Web content including the at least multiple columns and the CSS content relative to the original page layout, functionality and design defined by the HTML-based Web content | | | |

| # | Term | Patent Claims[1] | SoftView's Proposal | Samsung's Proposal | Court's Construction |
|---|------|-----------------|---------------------|--------------------|--------------------|
| | | including the at least multiple columns and the CSS content when rendered by **a commercially available desktop browser**; and<br><br>re-rendering the Web page utilizing the scalable vector representation in response to associated user inputs to iteratively zoom in and out views of the Web page at multiple different zoom levels while preserving the original page layout, functionality, and design defined by the HTML-based Web content including the multiple columns and the CSS content relative to the original page layout, functionality and design defined by the HTML-based Web content including the at least multiple columns and the CSS content when rendered by the | | | |

| # | Term | Patent Claims[1] | SoftView's Proposal | Samsung's Proposal | Court's Construction |
|---|---|---|---|---|---|
| | | **commercially available desktop browser**; and<br><br>in response to a tap on a first of the multiple columns via the touch-sensitive display, re-rendering the Web page on the touch-sensitive display such that the first of the multiple columns is displayed to fit a width of a display area of the touch-sensitive display, the display area used for displaying the HTML-based Web content." | | | |
| 27 | "vector" | '889 Patent: 34, 35, 36<br><br>'628 Patent: 2<br><br>'729 Patent: **1**, 2– 5, 7–10, 13, **14**, 15–18, 21, 22<br><br>'154 Patent: **13**, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25<br><br>Exemplary claim language:<br><br>"13. A method performed by a mobile hand-held device including a touch-sensitive | No construction necessary, or in the alternative, "a point in a coordinate system relative to another point" | "for each object, a directional data structure that stores X & Y values from a point for the page or frame to the object" | |

22

| # | Term | Patent Claims[1] | SoftView's Proposal | Samsung's Proposal | Court's Construction |
|---|------|------------------|---------------------|--------------------|---------------------|
| | | display and an HTML rendering engine, comprising: receiving an HTML document including HTML code and cascading style sheet (CSS) code and content associated with the HTML document, the HTML code comprising a plurality of HTML elements including at least one HTML paragraph element, at least one HTML image element, and at least one HTML hyperlink element; processing the HTML document with the HTML rendering engine to render a first representation of the HTML document having an interpreted page layout, functionality, and design of the content associated with the HTML document that is in accordance with the HTML code and CSS code, | | | |

23

| # | Term | Patent Claims[1] | SoftView's Proposal | Samsung's Proposal | Court's Construction |
|---|------|-----------------|--------------------|--------------------|---------------------|
| | | wherein rendering the first representation of the HTML document includes, | | | |
| | | parsing the HTML document to identify the plurality of HTML elements; | | | |
| | | logically grouping content associated with HTML elements into HTML objects; | | | |
| | | generating page layout information including a bounding box for each HTML object; and | | | |
| | | storing information that links each HTML object with its corresponding page layout information, | | | |
| | | wherein the page layout information further includes information from which a page layout location of each of the bounding boxes can be determined; | | | |
| | | translating the first representation of the HTML | | | |

| # | Term | Patent Claims[1] | SoftView's Proposal | Samsung's Proposal | Court's Construction |
|---|------|------------------|---------------------|--------------------|----------------------|
| | | document to generate a scalable vector representation of the HTML document wherein generating the scalable vector representation includes, defining a primary datum corresponding to the interpreted page layout; for each HTML object, defining an object datum corresponding to a layout location datum for the HTML object's bounding box; generating a **vector** from the primary datum to the object datum for the HTML object's bounding box; and creating a reference that links the HTML object to the **vector** that is generated; and render the scalable vector representation of the HTML document on the touch-sensitive display using a first | | | |

25

| # | Term | Patent Claims[1] | SoftView's Proposal | Samsung's Proposal | Court's Construction |
|---|------|------------------|---------------------|--------------------|----------------------|
| | | scale factor to display the HTML document at a first zoom level under which the HTML document is displayed to fit across a width of the touch-sensitive display, wherein the scalable vector representation of the HTML document is configured to enable a user to view the HTML document at one or more user-defined zoom levels by rendering the scalable vector representation on the touch-sensitive display using one or more respective scale factors in response to associated user inputs made via the touch-sensitive display, and wherein the interpreted page layout, functionality, and design of the content associated with the HTML document is preserved at each of the first zoom level and the one or | | | |

| # | Term | Patent Claims[1] | SoftView's Proposal | Samsung's Proposal | Court's Construction |
|---|------|------------------|---------------------|--------------------|--------------------|
|   |      | more user-defined zoom levels." |  |  |  |

27